## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LINDA APODACA,

    Plaintiff,

v.                                      No. 11-cv-0916 MCA/WPL

**VILLAGE OF ANGEL FIRE,**
**STUART HAMILTON, Mayor, and**
**TERRY CORDOVA, Records Custodian,**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter in a conference held before the Court on April 13, 2012.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **Wednesday, May 16, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**